### LINDA MARSHALL *v.* WAYNE MARSHALL (12562)

FOTI, LAVERY and FREEDMAN, Js.

Submitted on briefs June 13—decision released June 28, 1994

*Sean Orion Lebas* filed a brief for the appellant (plaintiff).

*John J. Bennett* filed a brief for the appellee (defendant).

PER CURIAM. The judgment is affirmed.